# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Everado Gomez and Gloria Lopez individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Carroll Flats LLC, Mordechai Spira A/K/A Mike Spira, Albert Benarroch A/K/A Albert Benarosh and A/K/A Albert Abraham and A/K/A Abraham Albert and Steve Spera, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-cv-01493 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     **(See Attached Rider)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc A. Rapaport
Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/18/2022         /s/Priscilla Bowens
                        *Signature of Clerk or Deputy Clerk*

Marc A. Rapaport, Esq.
RAPAPORT LAW FIRM, PLLC
80 Eighth Avenue, Suite 206
New York, New York 10011
Ph: (212) 382-1600
Fax: (212) 382-0920
mrapaport@rapaportlaw.com
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
EVERADO GOMEZ and GLORIA LOPEZ, individually, and on behalf of all others similarly situated,

                    Plaintiffs,

v.

CARROLL FLATS LLC, MORDECHAI SPIRA A/K/A MIKE SPIRA, ALBERT BENARROCH A/K/A ALBERT BENAROSH and A/K/A ALBERT ABRAHRAM and A/K/A ABRAHAM ALBERT and STEVE SPERA,

                    Defendants.
---------------------------------------------------------------------X

Case No. 1:22-cv-01493(BMC)

**PROPOSED SUMMONS RIDER**

## **PROPOSED SUMMONS RIDER**
DEFENDANTS' ADDRESSES AND COUNTIES

- CARROLL FLATS LLC
  4711 12th Avenue, #A8
  Brooklyn, New York 11219
  (Kings County)

- MORDECHAI SPIRA A/K/A MIKE SPIRA
  5014 16th Avenue, Suite 191
  Brooklyn, New York 11204
  (Kings County)

- ALBERT BENARROCH A/K/A ALBERT BENAROSH and A/K/A ALBERT ABRAHRAM and A/K/A ABRAHAM ALBERT
  5014 16th Avenue, Suite 191
  Brooklyn, New York 11204
  (Kings County)

- STEVE SPERA
  5014 16th Avenue, Suite 191
  Brooklyn, New York 11204
  (Kings County)